**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 12, 2022.**



In The

## Fourteenth Court of Appeals

### NO. 14-22-00276-CR

**GARRET LEE DIKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-2664**

### MEMORANDUM OPINION

Appellant Garret Lee Dikes has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)